UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

RICARDO VASQUEZ and ANTONIO ERVIN,
on behalf of themselves and others similarly situated
under 29 U.S.C. 216(b)

    Plaintiffs,

vs.

THE SCOTTS COMPANY LLC,
EG SYSTEMS, INC., TRUGREEN, INC.,
and TRUGREEN LIMITED PARTNERSHIP

    Defendants.
_____/

## **DEFENDANTS' NOTICE OF REMOVAL**

Defendants, The Scotts Company, LLC and EG Systems, Inc., (collectively "Scotts Defendants"), TruGreen, Inc. and TruGreen Limited Partnership (collectively "TruGreen Defendants") hereby remove the state court action described below to this Court.

In support, Defendants state as follows:

1. On or about January 12, 2017, Plaintiffs Ricardo Vasquez and Antonio Ervin filed a putative collective action that is currently pending in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, as Case No. 17-001035 (the "State Action"). They allege that Defendants failed to comply with the requirements of the Fair Labor Standards Act ("FLSA").

2. As explained below, the State Action is one that may be removed to this Court because Defendants have satisfied the procedural requirements for removal and this Court has subject matter jurisdiction pursuant to 28 U.S.C § 1331 (federal question jurisdiction).

1

## I.
### Defendants Have Satisfied The Procedural Requirements For Removal.

3. On January 19, 2017, Plaintiffs' counsel sent, by email, a Notice of Commencement of Action and a request for Waiver of Service of Process to counsel for the Scotts Defendants, who agreed to waive service of Plaintiffs' Complaint as it relates to the Scotts Defendants. Thus, the Scotts Defendants were served on January 19, 2017.

4. The TruGreen Defendants were served with the Summons and Complaint on January 23, 2017.

5. Thus, this Notice of Removal is timely because it is filed within 30 days from the date on which Defendants were served. *See* 28 U.S.C. § 1446(b).

6. Upon information and belief, there have been no other proceedings in the State Action.

7. Venue lies in the United States District Court for the Southern District of Florida because the State Action was filed in Broward County. *See* 28 U.S.C. 1446(a) (mandating venue for removal actions).

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants, including the Complaint, are attached as Exhibit A.

9. A copy of this Notice of Removal is being served upon Plaintiffs' counsel and a copy is being filed with the Clerk of the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida (attached as Exhibit B).

## II.
### Removal Is Proper Because This Court Has Subject Matter Jurisdiction.

10. Removal is proper pursuant to 29 U.S.C. § 1441(a) because Plaintiffs allege a claim that could have been brought in this Court pursuant to the Court's original jurisdiction

under 28 U.S.C. § 1331. Federal courts have original jurisdiction over actions brought under the FLSA. 29 U.S.C. § 216(b) ("An action to recover the liability prescribed in either of the preceding sentences [*i.e.*, unpaid minimum wages overtime compensation] may be maintained against any employer (including a public agency) in any Federal or State court of competent jurisdiction. . ."). Because Plaintiffs seek relief under the FLSA, this Court has jurisdiction, and removal is proper.

WHEREFORE, Defendants hereby remove the State Action from the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, to this Court, pursuant to 28 U.S.C. § 1441.

Respectfully submitted this 15th day of February, 2017.

> THE SCOTTS COMPANY LLC and
> EG SYSTEMS, INC.,
>
> By their attorneys,
>
> __s/ Juan C. Enjamio_____
> Juan C. Enjamio (FBN 571910)
> Anna Lazarus (FBN 41337)
> HUNTON & WILLIAMS LLP
> 1111 Brickell Avenue, Suite 2500
> Miami, Florida 33131
> Telephone: (305) 810-2500
> Facsimile: (305) 810-2460
> jenjamio@hunton.com
> alazarus@hunton.com
>
> Ryan A. Glasgow
> (pro hac vice motion to be filed)
> HUNTON & WILLIAMS LLP
> 951 E. Byrd Street
> Richmond, Virginia 23219
> Telephone: (804) 788-8791
> Facsimile: (804) 343-4897
> rglasgow@hunton.com

and

TRUGREEN, INC. and
TRUGREEN LIMITED PARTNERSHIP

By their attorneys,

 s/ Miguel A. Morel
Patrick G. DeBlasio, III, Esq. (FBN 871737)
Miguel A. Morel, Esq. (FBN 098163)
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Telephone:  (305) 400-7500
Facsimile:   (305) 603-2552
pdeblasio@littler.com
MAMorel@littler.com

## CERTIFICATE OF SERVICE

I certify that on February 15, 2017, I electronically filed the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record, including Plaintiffs' Counsel as follows:

Jacob K. Auerbach
Gallup Law
4000 Hollywood Blvd.
Presidential Circle-Suite 265 South
Hollywood, FL 33021
jauerbach@gallup-law.com

By:      s/Juan C. Enjamio