# EXHIBIT A

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

**I.        CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

Case No.: _____
Judge: _____

<u>RICARDO VAZQUEZ, ANTONIO ERVIN</u>
 Plaintiff

        vs.

<u>THE  SCOTTS  COMPANY  LLC,  EG  SYSTEMS,  INC.,  TRUGREEN,  INC.,  TRUEGREEN  LIMITED PARTNERSHIP</u>
Defendant

**II.        TYPE OF CASE**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability – commercial
    ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure $0 - $50,000
    ☐ Commercial foreclosure $50,001 - $249,999
    ☐ Commercial foreclosure $250,000 or more
    ☐ Homestead residential foreclosure $0 – 50,000
    ☐ Homestead residential foreclosure $50,001 - $249,999
    ☐ Homestead residential foreclosure $250,000 or more
    ☐ Non-homestead residential foreclosure $0 - $50,000
    ☐ Non-homestead residential foreclosure $50,001 - $249,999

☐ Non-homestead residential foreclosure $250,00 or more
☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

☐ Professional malpractice
    ☐ Malpractice – business
    ☐ Malpractice – medical
    ☐ Malpractice – other professional
☒ Other
    ☐ Antitrust/Trade Regulation
    ☐ Business Transaction
    ☐ Circuit Civil - Not Applicable
    ☐ Constitutional challenge-statute or ordinance
    ☐ Constitutional challenge-proposed amendment
    ☐ Corporate Trusts
    ☒ Discrimination-employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.   Yes ☐ No ☒

**III.** **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary
- ☐ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

**IV.** **NUMBER OF CAUSES OF ACTION: (     )**
(Specify)

1

**V.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

**VI.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Jacob K. Auerbach         FL Bar No.:  84003
            Attorney or party                                          (Bar number, if attorney)

Jacob K. Auerbach       01/12/2017
      (Type or print name)                                         Date

Case 0:17-cv-60344-DPG   Document 1-1   Entered on FLSD Docket 02/15/2017   Page 4 of 49

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:  17-001035 CACE (14)

RICARDO VASQUEZ and ANTONIO ERVIN
on behalf of themselves and others similarly situated
under 29 U.S.C. 216(b)

      Plaintiff,

vs.

THE SCOTTS COMPANY LLC
EG SYSTEMS, INC., TRUGREEN, INC., and
TRUGREEN LIMITED PARTNERSHIP

      Defendants.                                /

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, RICARDO VASQUEZ ("VASQUEZ") and ANTONIO ERVIN ("ERVIN") (collectively referred to as "Plaintiffs"), bring this action on behalf of themselves and other current and former similarly situated employees against Defendants, THE SCOTTS COMPANY LLC., ("SCOTTS") and EG SYSTEMS, INC. ("EG SYSTEMS") collectively referred to as ("Defendants") to recover overtime compensation, liquidated damages, costs and reasonable attorneys' fees under the provisions of the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA") and, in support thereof, state as follows:

## PARTIES

1.     VASQUEZ worked for Defendants from approximately March 2013 until September 2015.  VASQUEZ worked as a lawn care technician in Miami-Dade County, Florida and was paid $13.75 per hour for the first forty (40) hours worked each week.  VASQUEZ was then paid a lesser amount, approximately $4.00 to $5.00 per hour for every hour worked over forty (40) in each workweek.

2.      ERVIN worked for Defendants from approximately 2011 until approximately July 2014.  ERVIN also worked as a lawn care technician in Miami-Dade County, Florida and was compensated in the same manner as VASQUEZ.

3.      SCOTTS is a Foreign Limited Liability Company that conducts business in Miami-Dade County, Florida, which is within the jurisdiction of this Court.

4.      EG SYSTEMS, INC. is a Foreign Profit Corporation that conducts business in Miami-Dade County, Florida, which is within the jurisdiction of this Court.

5.      Defendants, directly or indirectly, acted in the interest of an employer toward Plaintiffs and other similarly situated employees at all material times, including, without limitation, directly or indirectly controlling the terms of employment and compensation of Plaintiffs and other similarly situated employees.

6.      At all times pertinent to this Complaint, Defendants regularly owned and operated a business engaged in commerce or in the production of goods for commerce as defined in §§ 3(r) and 3(s) of the Act, 29 U.S.C. §§ 203(r) and 203(s).

7.      At all times pertinent to this Complaint, Defendants regularly owned and operated a business engaged in commerce or in the production of goods and/or materials that has been moved in or produced for commerce.

8.      Based upon information and belief, the annual gross sales volume of Defendants was in excess of $500,000.00 per annum at all time material hereto.

9.      At all times pertinent to this Complaint, Defendants were an enterprise in commerce or in the production of goods for commerce as defined in §§ 3(r) and 3(s) of the Act.

10.     Jurisdiction is conferred on this Court by 29 U.S.C. § 216(b).

2

11.     The Court has jurisdiction over Defendants, and over Plaintiffs and any other plaintiffs joining this lawsuit in that the acts from which this lawsuit arise occurred in southeast Florida.

12.     Plaintiffs and other similarly situated non-exempt, hourly employees regularly worked overtime hours.  Defendants, however, failed to compensate Plaintiffs and other similarly situated employees at time and one-half their regular rates of pay for the overtime hours they worked.

13.     Instead, Defendants seemingly used the fluctuating workweek method for calculating Plaintiffs' and other similarly situated employees' overtime rates of pay.  By doing so, Defendants paid Plaintiffs and other similarly situated employees a half-time rate for all overtime hours worked.

14.     Defendants failed to comply with the requirements of the FLSA by failing to inform Plaintiffs and other similarly situated employees how their pay was being calculated.

15.     Moreover, Defendants failed to pay Plaintiffs and other similarly situated employees a fixed wage no matter how many hours they worked, whether few or many.

16.     Rather, Defendants paid Plaintiffs and other similarly situated employees differing amounts, including bonuses, that were tied to the hours worked and jobs completed.

17.     By doing so, Defendants failed to comply with the requirements necessary for application of the fluctuating workweek method of payment under the FLSA by paying Plaintiffs and other similarly situated employees less for their overtime hours than the amount required by law.

18.     At all times pertinent to this Complaint, Defendants failed to comply with 29 U.S.C. § 201-209 by not compensating Plaintiffs and other similarly situated employees the required amount for the overtime hours they worked.

19.     The records, if any, concerning the number of hours actually worked and the compensation actually paid to the Plaintiffs and to similarly situated employees are in the possession and custody of Defendants.   Plaintiff intends to obtain these records by appropriate discovery proceedings to be taken promptly in this case and, if necessary, Plaintiffs will then seek leave of the Court to amend the Complaint for damages to set forth the precise amount due to them.

20.     Defendants knew and/or showed a willful disregard for the provisions of the FLSA as evidenced by their failure to compensate Plaintiffs and similarly situated employees the statutory rate of time and one-half for all the hours they worked in excess of forty (40) hours per week when Defendants knew or should have known such was due.

21.     Defendants failed to properly disclose or apprise Plaintiffs and similarly situated employees of their rights under the FLSA.

22.     Plaintiffs and similarly situated employees are entitled to time and one-half of their regular rate of pay for each hour (or part thereof) worked over forty (40) in a work week, along with an equal amount of liquidated damages.

23.     Plaintiffs have retained the undersigned counsel to represent them in this action. Pursuant to 29 U.S.C. §216(b), Plaintiffs are entitled to recover all reasonable attorneys' fees and costs incurred in this action.

## COUNT I – FEDERAL OVERTIME WAGE VIOLATION

24.     Plaintiffs re-allege paragraphs 1-23 above and incorporate the same herein by this reference.

25.     Plaintiffs and all other similarly situated employees are entitled to be paid time and one-half their regular rate of pay for each hour worked in excess of forty (40) hours per work week.

26.     By reason of Defendants' intentional, willful and unlawful acts, Plaintiffs and all other similarly situated employees have suffered damages, plus incurred costs and reasonable attorneys' fees.

27.     As a result of Defendants' willful violation of the Act, Plaintiffs and the other similarly situated employees are entitled to liquidated damages.

WHEREFORE Plaintiffs, RICARDO VASQUEZ and ANTONIO ERVIN, demand judgment against Defendants, THE SCOTTS COMPANY, LLC, and EG SYSTEMS, INC., for the payment of all overtime hours at one and one-half their regular rates of pay, liquidated damages; reasonable attorneys' fees and costs, and such further relief that this Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury on all issues so triable by right of jury.

Dated: January 12, 2017

**GALLUP LAW**
*Counsel for Plaintiffs*
4000 Hollywood Boulevard
Presidential Circle-Suite 265 South
Hollywood, Florida 33021
Telephone:     (954) 894-3035
Facsimile:      (954) 894-8015
E-mail: jauerbach@gallup-law.com

By:     /s/ Jacob K. Auerbach_____
          JACOB K AUERBACH
          Florida Bar No.: 0084003

5

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

Case No.:

RICARDO VASQUEZ and ANTONIO ERVIN
on behalf of themselves and others similarly situated
under 29 U.S.C. 216(b)

      Plaintiff,

vs.

**THE SCOTTS COMPANY LLC
EG SYSTEMS, INC., TRUGREEN, INC., and
TRUGREEN LIMITED PARTNERSHIP**

      Defendants.

_____/

### CONSENT TO JOIN AS PARTY PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I, _Ricardo Vasquez_____, HEREBY GIVE MY CONSENT to be a

party in this case, and agree to be bound by any settlement or judgment of the Court in this

action.  I affirm that from the date of about ___2013_____through or about the date of

___2015_____, I was:

1.    Employed by the Defendant as a lawn care technician.

2.    During my employment, I was paid on an hourly basis.

3.    During my employment, I was not paid one and one-half times my regular hourly

rate for all my hours worked in excess of forty hours per workweek.

Date: _1/11/17_

_____
Signature

_Ricardo Vasquez_____
Printed Name

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

Case No.:

RICARDO VASQUEZ and ANTONIO ERVIN
on behalf of themselves and others similarly situated
under 29 U.S.C. 216(b)

      Plaintiff,

vs.

**THE SCOTTS COMPANY LLC**
**EG SYSTEMS, INC., TRUGREEN, INC., and**
**TRUGREEN LIMITED PARTNERSHIP**
      Defendants.

_____/

### CONSENT TO JOIN AS PARTY PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I, _Antonio Ervin_, HEREBY GIVE MY CONSENT to be a party in this case, and agree to be bound by any settlement or judgment of the Court in this action. I affirm that from the date of about _2011_ through or about the date of _2014_, I was:

    1.    Employed by the Defendant as a lawn care technician.

    2.    During my employment, I was paid on an hourly basis.

    3.    During my employment, I was not paid one and one-half times my regular hourly rate for all my hours worked in excess of forty hours per workweek.

Date: _1-10-17_        _____
                              Signature

                    _Antonio Ervin_
                    Printed Name

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY,
FLORIDA

RICARDO VASQUEZ and ANTONIO ERVIN    CASE NO.:
on behalf of themselves and others similarly situated
under 29 U.S.C. 216(b)

     Plaintiff,

vs.

THE SCOTTS COMPANY LLC
EG SYSTEMS, INC., TRUGREEN, INC., and
TRUGREEN LIMITED PARTNERSHIP

     Defendants.             /

*1/23/17*
*2 30 p*
*AK 60*

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State of Florida:

     **YOU ARE HEREBY COMMANDED** to serve this summons and a copy of the
complaint or petition in this action on Defendant:

     **TRUGREEN LIMITED PARTNERSHIP, a Florida limited partnership**
     **c/o CT Corporation System, Registered Agent**
     1200 South Pine Island Road
     Plantation, FL 33324

     Each Defendant is required to serve written defenses to the complaint or petition on
Plaintiff's attorney, to-wit:

     Jacob K. Auerbach, Esq.
     **Gallup Auerbach**
     4000 Hollywood Boulevard,
     Suite 265 South
     Hollywood, Florida 33021
     Tel: (954) 894-3035

within 20 days after service of this summons on that defendant, exclusive of the day of service,

and to file the original of the defenses with the clerk of this court either before service on

plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**DATED** on this _____ day of January 2017.

JAN 19 2017

As _____ Court

B_____

_____ Clerk

**BRENDA D. FORMAN**

Jacob K. Auerbach, Esq.
Florida Bar No.:  0084003
**Gallup Auerbach**
4000 Hollywood Boulevard
Suite 265 South
Hollywood, Florida 33021
t: (954) 894-3035

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el bribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).


## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme di-dessous.

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY,
FLORIDA

RICARDO VASQUEZ and ANTONIO ERVIN          CASE NO.:
on behalf of themselves and others similarly situated
under 29 U.S.C. 216(b)

      Plaintiff,

vs.

THE SCOTTS COMPANY LLC
EG SYSTEMS, INC., TRUGREEN, INC., and
TRUGREEN LIMITED PARTNERSHIP

_____Defendants._____/

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State of Florida:

     **YOU ARE HEREBY COMMANDED** to serve this summons and a copy of the
complaint or petition in this action on Defendant:

          **TRUGREEN, INC., a Florida corporation**
          **c/o CT Corporation System, Registered Agent**
            1200 South Pine Island Road
              Plantation, FL 33324

     Each Defendant is required to serve written defenses to the complaint or petition on
Plaintiff's attorney, to-wit:

           Jacob K. Auerbach, Esq.
           **Gallup Auerbach**
           4000 Hollywood Boulevard,
           Suite 265 South
           Hollywood, Florida 33021
           Tel: (954) 894-3035

within 20 days after service of this summons on that defendant, exclusive of the day of service,

and to file the original of the defenses with the clerk of this court either before service on

plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be

entered against that defendant for the relief demanded in the complaint or petition.

      **DATED** on this _____ day of January 2017.

             JAN 19 2017



              _____

              As Clerk of the Court

              By: _____

              **BRENDA D. FORMAN**

Jacob K. Auerbach, Esq.
Florida Bar No.:  0084003
**Gallup Auerbach**
4000 Hollywood Boulevard
Suite 265 South
Hollywood, Florida 33021
t: (954) 894-3035

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales.   Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el bribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme di-dessous.

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.: 17-001035 CACE (14)

RICARDO VASQUEZ and ANTONIO ERVIN
on behalf of themselves and others similarly situated
under 29 U.S.C. 216(b)

      Plaintiff,

vs.

THE SCOTTS COMPANY LLC
EG SYSTEMS, INC., TRUGREEN, INC., and
TRUGREEN LIMITED PARTNERSHIP

_____ Defendants. _____/

## PLAINTIFFS' NOTICE OF FILING CONSENT

Plaintiffs, RICARDO VAZQUEZ and ANTONIO ERVIN, hereby give notice of the filing

of the Consent to Join for the following individual:

1. Jeffrey Davidson (attached hereto as Exhibit "A"); and

2. Oswald Campbell (attached hereto as Exhibit "B").

Dated: January 23, 2017.

                **GALLUP AUERBACH**
                *Counsel for Plaintiffs*
                4000 Hollywood Boulevard
                Presidential Circle-Suite 265 South
                Hollywood, Florida 33021
                Telephone:   (954) 894-3035
                Facsimile:    (954) 894-8015

By:   /s/ Jacob K. Auerbach_____
                JACOB K AUERBACH
                Florida Bar No.: 0084003
                Primary E-Mail:   jauerbach@gallup-law.com
                Secondary E-Mails:   dgallup@gallup-law.com
                                      mescobar@gallup-law.com
                                    melliott@gallup-law.com

# EXHIBIT "A"

### CONSENT TO JOIN FORM

1.    I consent to be a party plaintiff in a lawsuit against Defendant(s),
_SCOTTS INC_    , and/or related entities and individuals in order to seek redress for
violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

2.    I hereby designate Gallup Auerbach, to represent me in bringing such claim, and
to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any
adjudication of this action by the Court, whether it is favorable or unfavorable.

3.    I also consent to join any other related action against Defendant(s) or other
potentially responsible parties to assert my claim and for this Consent Form to be filed in any
such action.

_____
Signature

_1/20/17_
Date

_JEFFREY DAVIDSON_
Print Name

# EXHIBIT "B"

## CONSENT TO JOIN FORM

    1.    I consent to be a party plaintiff in a lawsuit against Defendant(s),   Scotts   and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

    2.    I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

    3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____      _____
Signature                                 Date

_____
Print Name

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.: 17-001035 CACE (14)

RICARDO VASQUEZ and ANTONIO ERVIN
on behalf of themselves and others similarly situated
under 29 U.S.C. 216(b)

     Plaintiff,

vs.

THE SCOTTS COMPANY LLC
EG SYSTEMS, INC., TRUGREEN, INC., and
TRUGREEN LIMITED PARTNERSHIP

_____ Defendants. _____/

## PLAINTIFFS NOTICE OF FILING CONSENT

     Plaintiffs, RICARDO VAZQUEZ and ANTONIO ERVIN, hereby give notice of the filing

of the Consent to Join for the following individual:

    1. Keith Vandervoord (attached hereto as Exhibit "A").

             **GALLUP AUERBACH**
             *Counsel for Plaintiffs*
             4000 Hollywood Boulevard
             Presidential Circle-Suite 265 South
             Hollywood, Florida 33021
             Telephone:   (954) 894-3035
             Facsimile:    (954) 894-8015

        By:  /s/ Jacob K. Auerbach_____
           JACOB K AUERBACH
           Florida Bar No.: 0084003
           Primary E-Mail:   jauerbach@gallup-law.com
           Secondary E-Mails:  dgallup@gallup-law.com
                            mescobar@gallup-law.com
                            melliott@gallup-law.com

# EXHIBIT "A"

## CONSENT TO JOIN FORM

1.      I consent to be a party plaintiff in a lawsuit against Defendant(s), _____ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

2.      I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____
Signature

_____
Date

_____
Print Name

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

RICARDO VASQUEZ and ANTONIO ERVIN          CASE NO.: 17-001035 CACE (14)
on behalf of themselves and others similarly situated
under 29 U.S.C. 216(b)

     Plaintiff,

vs.

THE SCOTTS COMPANY, LLC and EG SYSTEMS, INC.

_____Defendants._____/

## PLAINTIFFS NOTICE OF FILING CONSENTS

Plaintiffs, RICARDO VAZQUEZ and ANTONIO ERVIN, hereby give notice of the filing

of the Consents to Join for the following individuals:

1.     Cleveland Rountree (attached hereto as Exhibit "A");

2.     Clinton Seays (attached hereto as Exhibit "B");

3.     David Cummings (attached hereto as Exhibit "C");

4.     David Jean (attached hereto as Exhibit "D");

5.     Fritzner Derisme (attached hereto as Exhibit "E");

6.     Jaurel Moise (attached hereto as Exhibit "F");

7.     Julio Velez (attached hereto as Exhibit "G");

8.     Matthew Puya (attached hereto as Exhibit "H");

9.     Omar Vargas (attached hereto as Exhibit "I");

10.     Osner Exantus (attached hereto as Exhibit "J");

11.     Robert Lumbley (attached hereto as Exhibit "K");

12.     Rudolph Anderson  (attached hereto as Exhibit "L");

13.     Teddrick Moffett (attached hereto as Exhibit "M");

14.   Thomas Turk (attached hereto as Exhibit "N"); and

15.   Wilson Reboyras (attached hereto as Exhibit "O").

**GALLUP AUERBACH**
*Counsel for Plaintiffs*
4000 Hollywood Boulevard
Presidential Circle-Suite 265 South
Hollywood, Florida 33021
Telephone:     (954) 894-3035
Facsimile:     (954) 894-8015
E-mail: jauerbach@gallup-law.com

By:     /s/ Jacob K. Auerbach
JACOB K AUERBACH
Florida Bar No.: 0084003

2

# EXHIBIT "A"

## CONSENT TO JOIN FORM

1.    I consent to be a party plaintiff in a lawsuit against Defendant(s), _____ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

2.    I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____          _____
Signature                                         Date

_____
Print Name

# EXHIBIT "B"

## CONSENT TO JOIN FORM

    1.    I consent to be a party plaintiff in a lawsuit against Defendant(s), _____ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

    2.    I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

    3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____
Signature

_____
Date

_____
Print Name

# EXHIBIT "C"

## CONSENT TO JOIN FORM

1.     I consent to be a party plaintiff in a lawsuit against Defendant(s), _____ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

2.     I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.     I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____          _____
Signature                         Date

_____
Print Name

# EXHIBIT "D"

## CONSENT TO JOIN FORM

1.    I consent to be a party plaintiff in a lawsuit against Defendant(s), _Scott's_ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act. pursuant to 29 U.S.C. §216(b).

2.    I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____
Signature

_1/3/17_
Date

_David Jean_
Print Name

# EXHIBIT "E"

## CONSENT TO JOIN FORM

1.    I consent to be a party plaintiff in a lawsuit against Defendant(s), _____ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

2.    I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____
Signature

_____
Date

_____
Print Name

# EXHIBIT "F"

## CONSENT TO JOIN FORM

1.    I consent to be a party plaintiff in a lawsuit against Defendant(s), _____ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

2.    I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____     _____

Signature                       Date

_____

Print Name

# EXHIBIT "G"

### CONSENT TO JOIN FORM

1.  I consent to be a party plaintiff in a lawsuit against Defendant(s), _____ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

2.  I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.  I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____
Signature

_____
Date

_____
Print Name

# EXHIBIT "H"

## CONSENT TO JOIN FORM

1. I consent to be a party plaintiff in a lawsuit against Defendant(s), ~~Scott's Lawn Care~~ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

2. I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3. I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____         _____
Signature                                Date

_____
Print Name

# EXHIBIT "I"

## CONSENT TO JOIN FORM

1.    I consent to be a party plaintiff in a lawsuit against Defendant(s), _____ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

2.    I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____          _____
Signature                        Date


_____
Print Name

# EXHIBIT "J"

## CONSENT TO JOIN FORM

     1.    I consent to be a party plaintiff in a lawsuit against Defendant(s), _____ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

     2.    I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

     3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____    _____
Signature                                              Date

_____
Print Name

# EXHIBIT "K"

## CONSENT TO JOIN FORM

    1.    I consent to be a party plaintiff in a lawsuit against Defendant(s), _SCOTTS_ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

    2.    I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

    3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____
Signature

Date: 1-13-17

ROBERT Lumbley
Print Name

# EXHIBIT "L"

## CONSENT TO JOIN FORM

1.  I consent to be a party plaintiff in a lawsuit against Defendant(s), _____ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

2.  I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.  I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____          _____
Signature                                        Date


_____
Print Name

# EXHIBIT "M"

## CONSENT TO JOIN FORM

1.    I consent to be a party plaintiff in a lawsuit against Defendant(s), _Scotts Inc_ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

2.    I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____
Signature

_1-13-17_
Date

_Teddrick Moffett_
Print Name

# EXHIBIT "N"

## CONSENT TO JOIN FORM

      1.    I consent to be a party plaintiff in a lawsuit against Defendant(s), _____ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

      2.    I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

      3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.


_____
Signature

_____
Date


_____
Print Name

# EXHIBIT "O"

## CONSENT TO JOIN FORM

1.      I consent to be a party plaintiff in a lawsuit against Defendant(s), _____ and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

2.      I hereby designate Gallup Auerbach, to represent me in bringing such claim, and to make decisions on my behalf concerning litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____         _____
Signature                                   Date

_____
Print Name

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.:  17-001035 CACE (14)

RICARDO VASQUEZ and ANTONIO ERVIN
on behalf of themselves and others similarly situated
under 29 U.S.C. 216(b)

      Plaintiff,

vs.

THE SCOTTS COMPANY LLC
EG SYSTEMS, INC., TRUGREEN, INC., and
TRUGREEN LIMITED PARTNERSHIP

      Defendants.                            /

## <u>NOTICE OF COMMENCEMENT OF ACTION</u>

To:     Ryan A. Glasgow, Esq.
         Hunton & Williams LLP
         Riverfront Plaza, East Tower
         951 East Byrd Street, Richmond, Virginia  23219
         *Attorney for The Scotts Company, LLC & EG Systems, Inc.*

A lawsuit has been commenced against THE SCOTTS COMPANY, LLC and EG SYSTEMS, INC. on whose behalf you are addressed.  A copy of the complaint and summons is attached to this notice. The complaint has been filed in the Seventeenth Judicial Circuit Court in and for Broward County and has been assigned Case No. 17-001035 CACE (14).

This is not a formal summons or notification from the court, but is rather my request that you sign the enclosed waiver of service of process form in order to save the cost of serving you with a judicial summons and an additional copy of the complaint.  The cost of service will be avoided if I receive a signed copy of the waiver within 20 days after the date you receive this notice and request for waiver.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you.  The lawsuit will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to respond to the complaint until 60 days after the date on which you received the notice and request for waiver.

If I do not receive the signed waiver within 20 days from the date you received the notice and the waiver of service of process form, formal service of process may be initiated in a matter authorized by the Florida Rules of Civil Procedure.  Defendant will be required to pay the full cost of such service unless good cause is shown for the failure to return the waiver of service.

I hereby certify that this notice of lawsuit and request for waiver of service of process has been sent to you on behalf of the Plaintiffs on January 19, 2017.

**GALLUP LAW**
*Counsel for Plaintiffs*
4000 Hollywood Boulevard
Presidential Circle-Suite 265 South
Hollywood, Florida 33021
Telephone:      (954) 894-3035
Facsimile:      (954) 894-8015
E-mail: jauerbach@gallup-law.com

By:      /s/ Jacob K. Auerbach _____
         JACOB K AUERBACH
         Florida Bar No.: 0084003

2

IN   THE   CIRCUIT   COURT   OF   THE
SEVENTEENTH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

RICARDO VASQUEZ and ANTONIO ERVIN    CASE NO.: 17-001035 CACE (14)
on behalf of themselves and others similarly situated
under 29 U.S.C. 216(b)

      Plaintiff,

vs.

THE SCOTTS COMPANY, LLC and EG SYSTEMS, INC.
TRUGREEN, INC., AND TRUGREEN LIMITED PARTNERSHIP
      Defendants.                              /

## WAIVER OF SERVICE OF PROCESS

To:   Jacob K. Auerbach, Esq., Counsel for Plaintiffs, Ricardo Vazquez et al
      Gallup Auerbach, 4000 Hollywood Blvd, Suite 265 South, Hollywood, Florida 33021

I acknowledge receipt of your request that I waive service of process in the lawsuit of VAZQUEZ et al
v. THE SCOTTS COMPANY, LLC and EG SYSTEMS, INC. (collectively, "SCOTTS") in the
Seventeenth Judicial Circuit Court in and for Broward County, Florida, and has been assigned Case #17-
001035 CACE (14).   I have also received a copy of the: (i) Complaint; (ii) Summons; (iii) two copies of
this waiver; and (iv) a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of process and an additional copy of the complaint in this lawsuit by
not requiring that neither I nor the Defendants, SCOTTS, be served with judicial process in the manner
provided by Fla. R. Civ. P. 1.070.

If I am not the defendant to whom the notice of lawsuit and a waiver of service of process was sent, I
declare that my relationship to the entity to whom the notice was sent and my authority to accept service
on behalf of such person or entity is as follows:   *Counsel for Scotts.*

I, acting on behalf of the SCOTTS will retain all defenses or objections to the lawsuit or to the
jurisdiction or venue of the court except for any objections based on a defect in the summons or in the
service of summons.

I understand that a judgment may be entered against the SCOTTS if a written response is not served
upon you within 60 days from the date I received the notice of lawsuit and request for wavier of service
of process.

      DATED   _24th_   day of January 2017.

                                                          

                                    Ryan A. Glasgow, Esq (VA Bar No. _71023_   )
                                    Hunton & Williams LLP
                                      Riverfront Plaza, East Tower
                                      951 East Byrd Street, Richmond, Virginia  23219
                                      t: 804.788.8791; f: 804.343.4897
                                      e: rglasgow@hunton.com

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY,
FLORIDA

RICARDO VASQUEZ and ANTONIO ERVIN      CASE NO.:
on behalf of themselves and others similarly situated
under 29 U.S.C. 216(b)

      Plaintiff,

vs.

THE SCOTTS COMPANY LLC
EG SYSTEMS, INC., TRUGREEN, INC., and
TRUGREEN LIMITED PARTNERSHIP

_____Defendants._____/

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State of Florida:

      **YOU ARE HEREBY COMMANDED** to serve this summons and a copy of the
complaint or petition in this action on Defendant:

**EG SYSTEMS, INC., a Florida corporation**
**c/o CT Corporation System, Registered Agent**
1200 South Pine Island Road
Plantation, FL 33324

      Each Defendant is required to serve written defenses to the complaint or petition on
Plaintiff's attorney, to-wit:

             Jacob K. Auerbach, Esq.
             **Gallup Auerbach**
             4000 Hollywood Boulevard,
             Suite 265 South
             Hollywood, Florida 33021
             Tel:  (954) 894-3035

within 20 days after service of this summons on that defendant, exclusive of the day of service,

and to file the original of the defenses with the clerk of this court either before service on

plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be

entered against that defendant for the relief demanded in the complaint or petition.

   **DATED** on this _____ day of January 2017.


   _____
   As Clerk of the Court


   By: _____
       As Deputy Clerk


Jacob K. Auerbach, Esq.
Florida Bar No.:  0084003
**Gallup Auerbach**
4000 Hollywood Boulevard
Suite 265 South
Hollywood, Florida 33021
t: (954) 894-3035

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el bribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).


## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme di-dessous.

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY,
FLORIDA

RICARDO VASQUEZ and ANTONIO ERVIN      CASE NO.:
on behalf of themselves and others similarly situated
under 29 U.S.C. 216(b)

      Plaintiff,

vs.

THE SCOTTS COMPANY LLC
EG SYSTEMS, INC., TRUGREEN, INC., and
TRUGREEN LIMITED PARTNERSHIP

_____Defendants._____/

## <u>SUMMONS</u>

THE STATE OF FLORIDA:

To Each Sheriff of the State of Florida:

    **YOU ARE HEREBY COMMANDED** to serve this summons and a copy of the
complaint or petition in this action on Defendant:

        **THE SCOTTS COMPANY LLC, a Florida limited liability company**
        **c/o CT Corporation System, Registered Agent**
        1200 South Pine Island Road
        Plantation, FL 33324

    Each Defendant is required to serve written defenses to the complaint or petition on
Plaintiff's attorney, to-wit:

        Jacob K. Auerbach, Esq.
        **Gallup Auerbach**
        4000 Hollywood Boulevard,
        Suite 265 South
        Hollywood, Florida 33021
        Tel:  (954) 894-3035

within 20 days after service of this summons on that defendant, exclusive of the day of service,

and to file the original of the defenses with the clerk of this court either before service on

plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

      **DATED** on this _____ day of January 2017.

 

                        _____

                        As Clerk of the Court

                        By:  _____

                            As Deputy Clerk

Jacob K. Auerbach, Esq.
Florida Bar No.:  0084003
**Gallup Auerbach**
4000 Hollywood Boulevard
Suite 265 South
Hollywood, Florida 33021
t: (954) 894-3035

## **IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.   Si lo desea,  puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el bribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## **IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme di-dessous.

## RETURN OF SERVICE

**State of FLORIDA**          **County of BROWARD**          **Circuit Court**

Case Number: CACE-17-001035 (14)

Plaintiff:
**RICARDO VASQUEZ AND ANTONIO ERVIN ON BEHALF OF
THEMSELVES AND OTHERS SIMILARLY SITUATED UNDER 29 U.S.C.
216(b)**

vs.

Defendant:
**THE SCOTTS COMPANY LLC EG SYSTEMS. INC., TRUGREEN, INC.,
AND TRUGREEN LIMITED PARTNERSHIP,**

For:
Jacob Auerbach, Esq
*GALLUP AUERBACH*
4000 Hollywood Blvd
Suite 265 South
Hollywood, FL  33021

Received by OJF SERVICES, INC. on the 23rd day of January, 2017 at 8:47 am to be served on **TRUGREEN, INC.
C/O CT CORPORATION SYSTEM, REGISTERED AGENT, 1200 SOUTH PINE ISLAND RD, PLANTATION, FL
33324**.

I, ANDREW KARP, do hereby affirm that on the **23rd day of January, 2017 at 2:30 pm, I:**

**CORPORATE - REGISTERED AGENT:**  served by delivering a true copy of the **SUMMONS, COMPLAINT AND
DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH**
EMPLOYEE AT CT CORPORATION SYSTEM as **Registered Agent** At the address of: **1200 SOUTH PINE
ISLAND RD, PLANTATION, FL 33324** for TRUGREEN, INC. C/O CT CORPORATION SYSTEM, REGISTERED
AGENT, and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, *AND THAT I AM A*
SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT
*IN WHICH PROCESS WAS SERVED.* "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE
FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

_____

**ANDREW KARP**
SPS #260

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2017000862

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



## RETURN OF SERVICE

State of **FLORIDA**                County of **BROWARD**                **Circuit Court**

Case Number: CACE-17-001035 (14)

Plaintiff:
**RICARDO VASQUEZ AND ANTONIO ERVIN ON BEHALF OF
THEMSELVES AND OTHERS SIMILARLY SITUATED UNDER 29 U.S.C.
216(b)**

vs.

Defendant:
**THE SCOTTS COMPANY LLC EG SYSTEMS. INC., TRUGREEN, INC.,
AND TRUGREEN LIMITED PARTNERSHIP,**

For:
Jacob Auerbach, Esq
*GALLUP AUERBACH*
4000 Hollywood Blvd
Suite 265 South
Hollywood, FL 33021

Received by OJF SERVICES, INC. on the 23rd day of January, 2017 at 8:47 am to be served on **TRUGREEN LIMITED PARTNERSHIP, C/O CT CORPORATION SYSTEM, REGISTERED AGENT, 1200 SOUTH PINE ISLAND RD, PLANTATION, FL 33324**.

I, ANDREW KARP, do hereby affirm that on the **23rd day of January, 2017 at 2:30 pm, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** EMPLOYEE AT CT CORPORATION SYSTEM as **Registered Agent** At the address of: **1200 SOUTH PINE ISLAND RD, PLANTATION, FL 33324** for TRUGREEN LIMITED PARTNERSHIP, C/O CT CORPORATION SYSTEM, REGISTERED AGENT, and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**ANDREW KARP**
SPS #260

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2017000863

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

