UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:   0:17-cv-60344-RS

ANTONIO ERVIN, *et al.*,
on their own behalf and all
similarly situated individuals,

    Plaintiff,

v.

THE SCOTTS COMPANY, LLC,
*et al.*,

    Defendants.
_____/

**PLAINTIFFS'** ***UNOPPOSED*** **MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF THE SETTLEMENT CLASSES, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF THE PROPOSED RULE 23 CLASS MEMBER NOTICE**

PLEASE TAKE NOTICE that Plaintiffs ANTONIO ERVIN, and all others similarly situated ("Plaintiffs") through their undersigned counsel, moves this Court on July 27, 2020, for approval of the Parties' settlement agreement, Preliminary Certification of the Settlement Classes, Appointment of Plaintiffs' Counsel as Class Counsel, and for Approval of the Proposed Rule 23 Class Member Notice;

PLEASE TAKE FURTHER NOTICE that in support of this Motion, the Plaintiffs will rely upon the enclosed Memorandum of Law, along with the following Exhibits; Exhibit 1 – Class and Collective Action Settlement Agreement with corresponding Exhibits A-F, Exhibit 2 – Declaration of Andrew R. Frisch, Esq., Exhibit 3 – Declaration of Jason R. Bristol, Esq., and Exhibit 4 – Notice to Participating Rule 23 Class Members.

WHEREFORE, Plaintiffs respectfully request that this Court preliminarily approve the settlement, preliminarily certify the Rule 23 settlement classes, appoint Plaintiffs' counsel as Class Counsel, approve the Rule 23 Class Member Notice, set the final approval hearing for a date that is after the 90-day CAFA Notice period, and enter the proposed Order.

## CERTIFICATE OF CONFERRAL

Plaintiffs' counsel conferred with Defendants' counsel regarding the relief sought in this motion and is authorized to represent that Defendants have no objection to the relief sought in this motion.

Dated: July 27, 2020                    Respectfully submitted,

/s/ *Andrew R. Frisch*
Andrew R. Frisch
MORGAN & MORGAN P.A.
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
E-Mail: AFrisch@forthepeople.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

/s/ *Andrew R. Frisch*
Andrew R. Frisch