UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-60344-RS

RICARDO VASQUEZ, *et al.*,

    Plaintiffs,

vs.

THE SCOTTS COMPANY LLC, *et al.*,

    Defendants.

_____

**JOINT NOTICE REGARDING PRELIMINARY**
**APPROVAL OF SETTLEMENT**

Pursuant to this Court's instruction during the Motion Hearing held on August 10, 2020 with regard to Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement (Doc. 916), the Parties jointly state as follows in response to the two questions raised by the Court:

**Plaintiffs' Net Recovery Under the Settlement**

The settlement shares due to each Plaintiff, FLSA Collective Member, and Rule 23 Class Member under the Settlement Agreement are set forth in Exhibit C to the Settlement Agreement. Net of attorneys' fees and costs, service awards, and third-party administrator fees, Plaintiffs, the FLSA Collective Members, and Rule 23 Class Members will receive approximately 50% of the overtime wages allegedly owed, assuming the FLSA three-year limitations period for willful violations for the FLSA claims and the applicable state law limitations period for the state law claims, as urged by Plaintiffs.

Net of attorneys' fees and costs, service awards, and third-party administrator fees, Plaintiffs, the FLSA Collective Members, and Rule 23 Class Members will receive approximately 82% of the overtime wages allegedly owed, assuming the FLSA's two-year

1

limitations period for non-willful violations and the applicable state law limitations period for the state law claims, as urged by Defendants.

## Ohio Law Pertaining to Unclaimed Property

Under the Settlement Agreement, settlement checks that are not cashed by Plaintiffs, FLSA Collective Members, and/or Participating Rule 23 Class Members within 120 days after issuance will be canceled, and the funds for such checks will be paid to the state unclaimed property fund for the state of the applicable individual's last known address to be deposited in the interest of such individual. *See* Settlement Agreement at ¶ 10(F) and (G). If there is no such state unclaimed property fund, the funds will be paid to the Ohio unclaimed funds registry on such individual's behalf. *Id.* The parties chose Ohio as the default state for depositing uncashed checks because that is the state in which Defendant The Scotts Company, LLC is headquartered.

Under Ohio law, unclaimed property deposited with the Ohio Unclaimed Property Fund "never becomes property of the State of Ohio." *Sogg v. Zurz*, 905 N.E.2d 187, 192 (Ohio 2009). Rather, "unclaimed monies are held in trust in perpetuity for the benefit of the owners of the unclaimed property." *Id*. Accordingly, there is no time limit to make a claim to recover the unclaimed property. *See id*.; *see also* R.C. 169.08(B) ("No statute of limitations shall bar the allowance of a claim."); Ohio Department of Commerce, Frequently Asked Questions, available at: https://www.com.ohio.gov/unfd/ClaimantFAQ.aspx ("Q. Is there a time limit for claiming funds? A. No, the funds are held until the rightful owner or his or her heir claims them.").

Dated: August 12, 2020                                             Respectfully Submitted,

Morgan & Morgan, P.A.
Attorneys for Plaintiffs

By: */s/Andrew R. Frisch*
   Andrew R. Frisch (FBN 27777)
   MORGAN & MORGAN, P.A.
   8151 Peters Road, 4th Floor
   Plantation, Florida 33324
   Telephone: (954) WORKERS
   Facsimile: (954) 327-5355
   afrisch@forthepeople.com

   Jason R. Bristol (pro hac vice)
   COHEN ROSENTHAL & KRAMER LLP
   The Hoyt Block Building - Suite 400
   700 West St. Clair Avenue
   Cleveland, Ohio 44113
   Telephone: (216) 781-7956
   Facsimile: (216) 781-8061
   jbristol@crklaw.com

Hunton Andrews Kurth
Attorneys for Defendants
The Scotts Company LLC and
EG Systems, Inc.

By: */s/Juan C. Enjamio*
   Juan C. Enjamio (FBN 571910)
   HUNTON ANDREWS KURTH LLP
   1111 Brickell Avenue, Suite 2500
   Miami, Florida 33131
   Telephone: (305) 810-2500
   Facsimile: (305) 810-2460
   jenjamio@hunton.com

   Ryan A. Glasgow (pro hac vice)
   Tyler S. Laughinghouse (pro hac vice)
   HUNTON ANDREWS KURTH LLP
   951 E. Byrd Street
   Richmond, Virginia 23219
   Telephone: (804) 788-8791
   Facsimile: (804) 343-4897
   rglasgow@hunton.com
   tlaughinghouse@hunton.com

Littler Mendelson, P.C.
Attorneys for Defendants
TruGreen, Inc. and
TruGreen Limited Partnership.

By: */s/Patrick Deblasio*
   Patrick DeBlasio
   LITTLER MENDELSON, P.C.
   Wells Fargo Center
   333 S.E. 2nd Avenue, Suite 2700
   Miami, FL 33131-2187
   Telephone: 305 400-7506
   Fax: 305-603-2552
   Email: pdeblasio@littler.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

*/s/ Andrew R. Frisch*
Andrew R. Frisch